UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROSALIND HOLMES,
    Plaintiff,

vs.

UNITED STATES DEPARTMENT
OF HUD,
    Defendant.

Case No. 1:25-cv-914
McFarland, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiff's emergency motions for leave to file documents by email/alternative electronic means (Doc. 7), to ensure access to the court and for temporary relief from electronic filing barriers (Doc. 8), to deem motions filed as of date of attempted electronic submission (Doc. 9), and for PACER fee exemption/hardship access (Doc. 10).

On December 29, 2025, the Court granted plaintiff an exemption from the payment of fees for access via PACER to the electronic case files maintained by the Court for purposes of this case only. (Doc. 3). Plaintiff's motions for leave to file documents by email/alternative electronic means (Doc. 7) and to ensure access to the court and for temporary relief from electronic filing barriers (Doc. 8) are **DENIED** as moot as they seek relief already granted by the Court in its December 29, 2025 Order.

Plaintiff's motion to deem motions filed as of date of attempted electronic submission (Doc. 9) is **GRANTED**. Because plaintiff's motion to proceed *in forma pauperis* was granted (Doc. 2), plaintiff's complaint and other motions attached thereto are deemed "filed" as of the date they were delivered to the Clerk of Court. *See Scott v. Evans*, 116 F. App'x 699, 701 (6th Cir. 2004); *Truitt v. County of Wayne*, 148 F.3d 644, 647 (6th Cir. 1998). *See also Robinette v. ProMedica Pathology Lab'ys, LLC*, No. 21-3867, 2022 WL 4540192, at *2 (6th Cir. May 9,

2022) (citing Fed. R. Civ. P. 5(d)(2)(A)).

Plaintiff's motion for PACER fee exemption/hardship access seeks "an order granting her an exemption from PACER fees in the amount of $61.90 pursuant to Judicial Conference Policy. . . ." (Doc. 10 at PAGEID 99).  To the extent plaintiff may be seeking a waiver of $61.90 in PACER fees related to *other* cases, the motion is **DENIED**.  Otherwise, the motion is **DENIED** as moot as the Court has already granted an exemption from PACER fees for this case only.

**IT IS SO ORDERED**.

12/31/2025
Date

Karen L. Litkovitz
United States Magistrate Judge