IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ROSALIND HOLMES, | : | Case No. 1:25-cv-914 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT | : | |
| OF HUD, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 5)

The Court has thoroughly reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 5), to whom this case is referred. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Upon review, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 5) and **ORDERS** that:

1. The Petition for Writ of Mandamus is **DISMISSED**;

2. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that an appeal of this Order would not be taken in good faith for the reasons explained in the Report and Recommendation (Doc. 5) and therefore **DENIES** Plaintiff leave to appeal in forma pauperis. Plaintiff remains free to apply to proceed in forma pauperis in the Court of Appeals. *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999); and

3. This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND

2